McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE HERNANDEZ,<br><br>    Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>    Defendant. | Case No. 2:05-CV-00380-GGH<br><br>**STIPULATION AND ORDER OF REMAND PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g)** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that this case will be remanded for further administrative proceedings pursuant to the sixth sentence of 42 U.S.C. § 405(g).  The Commissioner has been unable to locate the claim file and therefore cannot prepare the administrative transcript.  Upon remand, the Commissioner will continue to search for the claim file.  When the claim file has been located, a Certified Administrative Transcript will be prepared for filing as part of the Commissioner's answer in this case.

///

///

**Stip&Order - Sentence Six Rem 2:05-cv-00380**          **1**

1   The parties further stipulate that counsel for Plaintiff will provide a facsimile of this
2   stipulation bearing counsel's signature for retention in Defendant's case file, and hereby authorizes
3   counsel for Defendant to file this document in .pdf format under the latter's Electronic Case Filing
4   password, pursuant to Local Rule 7-131

6   DATED: February 2, 2006              /s/ Ann M. Cerney
                                         ANN M. CERNEY

                                         Attorney for Plaintiff

9   DATED: February 2, 2006              McGREGOR W. SCOTT
                                         United States Attorney

11                                  By:  /s/ Bobbie J. Montoya

12                                       BOBBIE J. MONTOYA
                                         Assistant U. S. Attorney

                                         Attorneys for Defendant

15  OF COUNSEL:

16  LUCILLE GONZALES MEIS
     Chief Counsel, Region IX

17  ELIZABETH FIRER
18   Assistant Regional Counsel

19   Office of the General Counsel
     U. S. Social Security Administration

28  **Stip&Order - Sentence Six Rem 2:05-cv-00380**              **2**

_____oOo_____

## ORDER

For good cause shown, **HERNANDEZ v. BARNHART** (Case No. 2:05-CV-00380-GGH) is hereby REMANDED under sentence six of 42 U.S.C. § 405(g), pursuant to the stipulation of the parties.

**SO ORDERED.**

DATED: 2/8/06                                         /s/ Gregory G. Hollows

**GREGORY G. HOLLOWS**
**UNITED STATES MAGISTRATE JUDGE**

hernandez.ord