McGREGOR SCOTT
United States Attorney
BOBBIE MONTOYA
Assistant United States Attorney
(916) 554-2700
ELIZABETH FIRER
Special Assistant United States Attorney
Telephone: (415) 977-8943
501 I Street, Suite 10-100
Sacramento, California 95814-2322

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE HERNANDEZ,<br><br>    Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | Case No. 2:05-CV-00380-GGH<br><br>STIPULATION AND ORDER AMENDING THE COURT'S FEBRUARY 8, 2006 ORDER OF REMAND PURSUANT TO SENTENCE SIX |

    Subject to the approval of this Court as indicated below, Defendant Jo Anne B. Barnhart, Commissioner of Social Security, by and through her undersigned counsel, and Ann M. Cerney, attorney for Plaintiff Guadalupe Hernandez, agree that this Court's Order signed February 8, 2006, remanding this case to the Commissioner pursuant to the stipulation of the parties, shall
///

1

be modified as follows:

    If Ms. Hernandez's claim file cannot be located within 90 days from the date of the original Order, the case shall be remanded for a new hearing before an Administrative Law Judge.

DATED: March 16, 2006    By:   /s/ Ann M. Cerney
                                ANN M. CERNEY
                                Attorney at Law
                                Attorney for Plaintiff

DATED: March 22, 2006    McGREGOR W. SCOTT
                                United States Attorney

                            By:   /s/ Bobbie J. Montoya
                                BOBBIE J. MONTOYA
                                Assistant United States Attorney
                                Attorneys for Defendant

                                <u>ORDER</u>

    IT IS SO ORDERED.

DATED: 3/22/06            /s/ Gregory G. Hollows
                            _____
                            GREGORY G. HOLLOWS
                            United States Magistrate Judge

hernandez.ord2